

**08 CV 5953**

357-08/MEU/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
OCEAN K&S CORPORATION SEOUL, KOREA
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
OCEAN K&S CORPORATION SEOUL, KOREA,

           Plaintiff,

    -against-

OLK CO. LTD.,

           Defendant.
----------------------------------------------------------------x

**08 CV**

**RULE 7.1 STATEMENT**

RECEIVED JUN 30 2008 U.S.D.C. S.D.N.Y. CASHIERS

The Plaintiff, Ocean K&S Corporation Seoul, Korea by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       June 27, 2008

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff

         By:  _____
                 Michael E. Unger (MU 0045)
                 Pamela L. Schultz (PS 8675)
                 80 Pine Street
                 New York, NY 10005
                 Telephone: (212) 425-1900
                 Fax: (212) 425-1901

NYDOCS1/307601.1