357-08/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
OCEAN K&S CORPORATION SEOUL, KOREA
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
OCEAN K&S CORPORATION SEOUL, KOREA,            08 CV 5953 (JES)
                              Plaintiff,
     -against-                                 **NOTICE OF**
                                               **VOLUNTARY DISMISSAL**

OLK CO. LTD.,

                              Defendants.
------------------------------------------------------------x

Defendant OLK CO. LTD. not having entered an appearance, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff DS NORDEN A/S provides its notice of voluntary discontinuance without prejudice of this action.

Dated: New York, New York
       August 18, 2008

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff
                              OCEAN K&S CORPORATION SEOUL, KOREA

                    By:       _____
                              Michael E. Unger (MU 0045)
                              80 Pine Street
                              New York, NY 10005
                              Tel: (212) 425-1900
                              Fax: (212) 425-1901

NYDOCS1/310891.1